1

2

3

4

5

6

7

8                          UNITED STATES DISTRICT COURT

9                    FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11   JOSE TRUJILLO,                              No.  1:16-cv-01478-DAD-SAB

12              Plaintiff,

13        v.                                     ORDER DIRECTING THE CLERK OF THE
                                                 COURT TO CLOSE THE CASE
14   SWIRL PARTNERS, LLC d/b/a JAMBA
     JUICE; WALNUT-MOONEY CENTER,                (Doc. No. 8)
15   LLC,

16              Defendants.

17

18        On November 8, 2016, plaintiff filed a notice of voluntary dismissal with prejudice of this

19   action pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i).  (Doc. No. 8.)  Defendants have

20   not filed a responsive pleading in this action.  In light of this, this action has terminated, *see* Fed.

21   R. Civ. P. 41(a)(1)(A)(i); *Wilson v. City of San Jose,* 111 F.3d 688, 692 (9th Cir. 1997), and has

22   been dismissed with prejudice.  Accordingly, the court directs the Clerk of Court to close this

23   case.

24   IT IS SO ORDERED.

25
        Dated:   **November 9, 2016**
26                                               UNITED STATES DISTRICT JUDGE

27

28
                                                 1